```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 31089
  DARNELLA LYNETTE JOHNSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
  SSN XXX-XX-0920


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/08/2005 and was confirmed 10/13/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  38.06% from remaining funds.

     The case was paid in full 11/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CITY OF CHICAGO PARKING  UNSECURED         3384.00            .00       1287.88
ILLINOIS DEPT OF HUMAN S UNSECURED         7281.15            .00       2771.06
ILLINOIS SECRETARY OF ST NOTICE ONLY     NOT FILED            .00           .00
ASCENSION ACQUISITIONS   FILED LATE        1564.87            .00           .00
PETER FRANCIS GERACI     DEBTOR ATTY       2,700.00                     2,700.00
TOM VAUGHN               TRUSTEE                                          441.06
DEBTOR REFUND            REFUND                                           167.81

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            7,367.81

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                 4,058.94
ADMINISTRATIVE                            2,700.00
TRUSTEE COMPENSATION                        441.06
DEBTOR REFUND                               167.81
                   ---------------       ---------------
TOTALS             7,367.81               7,367.81
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 31089 DARNELLA LYNETTE JOHNSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
Dated: 02/26/09                       _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```